UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence J. O'Neill  **RE:  Adel Humberto Covarrubias**
Chief United States District Judge  **Docket Number:  0972 1:16CR00129-001**
Fresno, California  <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Your Honor:

Adel Humberto Covarrubias is requesting permission to travel to Xalisco, Nayarit, Mexico. Adel Humberto Covarrubias is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On September 29, 2008, Adel Humberto Covarrubias was sentenced for the offense of 21 USC 846 – Conspiracy to Distribute and Possess with Intent to Distribute 1 Kilogram or More of Heroin.

**Sentence Imposed:**  120 months custody in the Bureau of Prisons; 5 years Supervised Release; $100 Special Assessment (Paid)

**Dates and Mode of Travel:**  From December 4, 2017, to January 20, 2018. Will be driving personal vehicle, Black Nissan Versa, License Plate No. 7UXW959.

**Purpose:** To visit family during the holidays and for medical reasons.

**RE:** **Adel Humberto Covarrubias**
   **Docket Number: 0972 1:16CR00129-001**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated: November 16, 2017
   Fresno, California
   TDM/rmv

**REVIEWED BY:** /s/ Brian J. Bedrosian
   **BRIAN J. BEDROSIAN**
   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved   ☐   Disapproved

IT IS SO ORDERED.

Dated: **November 28, 2017**   /s/ Lawrence J. O'Neill
   UNITED STATES CHIEF DISTRICT JUDGE